# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAURA GORDON,
                    Appellant,
        vs.
STEPHEN W. GORDON, AN
INDIVIDUAL; AND COMPLETE
COSMETIC SURGERY CENTER,
PPLC., A NEVADA PROFESSIONAL
LIMITED LIABILITY COMPANY,
                    Respondents.

No. 71194

FILED

JUN 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; James Crockett, Judge.

On March 2, 2017, this court entered an order granting the motion of counsel for appellant to withdraw. We directed appellant, within 30 days, to retain new counsel and cause counsel to enter a notice of appearance, or to inform this court in writing that she intended to proceed in pro se. Appellant failed to respond to our order, and on May 3, 2017, we entered a second order directing appellant, within 11 days, to inform this court in writing how she intends to proceed. We cautioned appellant that failure to comply with our order would result in the dismissal of this

appeal as abandoned. To date appellant has failed to respond to our order or otherwise communicate with this court; accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James Crockett, District Judge
       Persi J. Mishel, Settlement Judge
       Taura Gordon
       The Jimmerson Law Firm, P.C
       Eighth District Court Clerk

---

[1]We deny as moot respondents' motion to dismiss and decline the request for attorney fees.